IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RACHELLE RENEE PADILLA**
**AKA RACHELLE RENEE ARAGON,**

    **Plaintiff,**

**vs.**                                                                                                         **No. 13-cv-1133 SMV**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

**ORDER SETTING BRIEFING SCHEDULE**

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **April 16, 2014**;

(2)    Defendant shall file a Response no later than **June 11, 2014**;

(3)    Plaintiff may file a Reply no later than **July 9, 2014**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**
                                                          **Presiding by Consent**